UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D-Q UNIVERSITY BOARD OF TRUSTEES,<br><br>            Plaintiff,<br><br>      v.<br><br>MICHAEL A. WILLIAMS, et al.,<br><br>            Defendants. | No.  2:19-cv-2177-JAM-EFB PS<br><br><br>ORDER |

On September 14, 2020, the magistrate judge filed findings and recommendations herein which were served on the parties and which contained notice that any objections to the findings and recommendations were to be filed within fourteen days.  Defendants Sky Road Webb and Michael A. Williams filed objections on September 28, 2020.  Plaintiff filed a response to the objections on October 2, 2020 and defendants filed a reply thereto on October 5, 2020.  Those filings were considered by the undersigned.

This court reviews de novo those portions of the proposed findings of fact to which objection has been made.  28 U.S.C. § 636(b)(1); McDonnell Douglas Corp. v. Commodore Business Machines, 656 F.2d 1309, 1313 (9th Cir. 1981), cert. denied, 455 U.S. 920 (1982).  As to any portion of the proposed findings of fact to which no objection has been made, the court assumes its correctness and decides the motions on the applicable law.  See Orand v. United

States, 602 F.2d 207, 208 (9th Cir. 1979).  The magistrate judge's conclusions of law are reviewed de novo.  See Britt v. Simi Valley Unified Sch. Dist., 708 F.2d 452, 454 (9th Cir. 1983).

The court has reviewed the applicable legal standards and, good cause appearing, concludes that it is appropriate to adopt the proposed Findings and Recommendations in full.

Accordingly, IT IS ORDERED that:

1. The proposed Findings and Recommendations filed September 14, 2020, are ADOPTED; and
2. The case is REMANDED to the Superior Court of the State of California in and for the County of Yolo; and
3. The court declines to reach the merits of the remaining pending motions.

DATED: October 6, 2020

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE